IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MAURICE MOORE, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CV3140 |
| V. | ) | |
| JOHN M. GERRARD, in his individual and official capacity, | ) | **MEMORANDUM AND ORDER** |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 9). Plaintiff filed a Notice of Appeal (Filing No. 8) on March 2, 2016. Plaintiff appeals from the court's Judgment dated February 22, 2016 (Filing No. 7). Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that:

1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 9) is granted.

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

3. Plaintiff's Motion for Preparation of Transcript (Filing No. 10) is denied as moot.

DATED this 9th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge